MAX GROSS, Appellant, *v.* LIBBY PROPERTIES, INC., Respondent.

Argued May 20, 1948; decided June 11, 1948.

*Ralph E. Freidus* for appellant.
*Samuel Luloff* for respondent.

Judgment affirmed, with costs. We find ample support for the Appellate Division's opinion declining to pronounce a declaratory judgment. (Rules Civ. Prac., rule 212.) Consequently, we do not reach the merits of any question sought to be raised by the parties.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.